## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**EGERIA MARTINEZ**                                                                            **PLAINTIFF**

**v.**                       **Case No. 4:15-cv-00203 KGB**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**                          **DEFENDANT**

### ORDER

Before the Court is plaintiff Egeria Martinez's motion to dismiss with prejudice (Dkt. No. 11). The motion is granted. Ms. Martinez's claims against defendant Portfolio Recovery Associates, LLC are dismissed with prejudice.

So ordered this 3rd day of February, 2016.

_____
Kristine G. Baker
United States District Judge